# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY SPENCER and KENNETH SPENCER,** : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **CMH HOMES, INC., d/b/a CLAYTON HOMES-BLOOMSBURG; CMH MANUFACTURING, INC.; RCR CONSTRUCTION AND EXCAVATING, LLC; RICK ROMIG, a/k/a RICHARD ROMIG; RICKY L. ROMIG; and CYNTHIA A. ROMIG,** : <br> **Defendants** : | No. 3:17cv298 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 30th day of March 2017, plaintiffs' and the RCR Defendant's joint motion to remand under 28 U.S.C. § 1447(c) alleging a procedural defect in the notice of removal (Doc. 14) is **GRANTED**.  The Clerk of Court is directed to **REMAND** this case, including the CMH Defendants' motion to dismiss (Doc. 7), to the Court of Common Pleas of Columbia County, Pennsylvania.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**